

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Whataburger Restaurants LLC, | § | No.08-23-00017-CV |
| Appellant, | § | Appeal from the |
| v. | § | 57th District Court |
| Rosa Elia Fuentes, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2022CI11371) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's first motion for extension of time within which to file the brief until **February 14, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Karen L. Landinger, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 14, 2023

IT IS SO ORDERED this 25th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.